## KNIGHT PUBL'G CO. v. CHASE MANHATTAN BANK

No. 523A98-2

Case below: 137 N.C.App. 27

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 12 July 2000.

## LEONHARDT v. CAROLINA FREIGHT CARRIERS CORP.

No. 201P00

Case below: 137 N.C.App. 384

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

## McLAIN v. TACO BELL CORP.

No. 210P00

Case below: 137 N.C.App. 179

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 July 2000. Conditional petition by defendant (Taylor Foods, Inc.) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 13 July 2000.

## ROYALS v. PIEDMONT ELECTRIC REPAIR CO.

No. 243P00

Case below: 137 N.C.App. 700

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

## STATE v. BASDEN

No. 159A93-4

Case below: 352 N.C. 150

Petition by defendant to rehear the decision of this Court denying his petition for a writ of certiorari pursuant to Rule 31 dismissed 12 July 2000.